|  | * | IN THE |
| IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF EDWARD C. CROSSLAND TO THE BAR OF MARYLAND | * | SUPREME COURT |
|  | * | OF MARYLAND |
|  | * | AG No. 55 |
|  | * | September Term, 2024 |

## ORDER

Upon consideration of Edward C. Crossland's petition for reinstatement to the Bar of Maryland and Bar Counsel's consent to that relief, it is this 25th day of July 2025, by the Supreme Court of Maryland,

ORDERED that the petition is granted; and it is further

ORDERED that Edward C. Crossland is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that the Clerk of the Court shall provide notice in accordance with Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk